IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAMAR CALDWELL, <br><br> Petitioner <br><br> v. <br><br> WARDEN D. OBERLANDER, et al., <br><br> Respondents | Case No. 1:22-cv-179 Erie <br><br> RICHARD A. LANZILLO <br> UNITED STATES MAGISTRATE JUDGE <br><br> ORDER |

Petitioner is a state prisoner in the custody of the Pennsylvania Department of Corrections. Petitioner filed a Petition for Writ of Habeas Corpus [ECF No. 1] that was not accompanied by the required documents. To proceed with this habeas litigation, Petitioner must either pay the $5.00 filing fee for habeas cases or file a motion for leave to proceed *in forma pauperis* along with the supporting documents described below.

Based upon all of the foregoing, **IT IS HEREBY ORDERED** that:

1. This case is ADMINISTRATIVELY CLOSED;

2. Petitioner may reopen this case if, by **August 7, 2022,** Petitioner either pays the $5.00 filing fee, **or** files a motion for leave to proceed *in forma pauperis* along with the following two documents: (i) a certificate from the superintendent or other appropriate officer at his correctional institution showing the amount of money or securities that she has in any account in the institution; and, (ii) a certified copy of his institutional account statement from every jail or prison at which he was confined for the 6-month period leading up to the date the account statement is submitted.

Failure to comply with this order shall be construed as indicating that Petitioner has elected not to continue prosecution of this case.

/s/ Richard A. Lanzillo
RICHARD A. LANZILLO
United States Magistrate Judge

Dated: 7/21/2022

1